## BUSSARD ET AL. *v.* CENTRAL LOAN COMPANY.

[No. 13,925. Filed June 23, 1930.]

*Russell J. Wildman* and *Charles F. Sommer*, for appellants.
*O. F. Rhodes, R. H. Bayless* and *K. H. Callaway*, for appellee.

PER CURIAM.—Affirmed.

## INDIANAPOLIS CANDY COMPANY *v.* OVERSTREET.

[No. 14,038. Filed June 23, 1930.]

*Pickens, Davidson, Gause, Gilliom & Pickens, Owen Pickens* and *Howard P. Travis*, for appellant.
*James L. Murray*, for appellee.

PER CURIAM.—Affirmed.

## RICKS *v.* LOWE, ADMINISTRATOR.

[No. 13,780. Filed June 24, 1930.]

*Connor D. Ross, V. Ed Funk* and *John E. Osborn*, for appellant.
*Frank Hamilton*, for appellee.

REMY, J.—Dismissed, on authority of *Mid-West, etc., Bond Co.* v. *Scott* (1923), 80 Ind. App. 542, 141 N. E. 228.